IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAQWANTA GRIMES,

  Petitioner,

  v.

WILLIAM DANFORTH,

  Respondent.

CIVIL ACTION FILE
NO. 1:15-CV-3956-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the Petition for failure to exhaust state remedies. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 6 day of January, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Grimes\15cv3956\r&r.wpd